So Ordered.

Signed this 26 day of June, 2017.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:
    Bruce G. Hallenbeck and
    Rosa I. Hallenbeck
                   Debtor(s).

Case No. 15-11995
Chapter 13
_____

**ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT**

Name of Creditor:  Wells Fargo Financial Credit Services New York, Inc.

Property Address:  497 Mccagg Road, Valatie, NY 12184

Last Four Digits of Account Number of Loan:  1454

Filing Date of Loss Mitigation Request: 08/23/2016

Date of Entry of Loss Mitigation Order: 09/09/2016

Other Requests for Loss Mitigation in this Case: Yes \_\_\_\_\_     No ✔

      The use of the Court's Loss Mitigation Program Procedures has resulted in the following

*[please check appropriate box below]*:

☐    Creditor granted a loan modification

☐    Debtor[1] rejected Creditor's offer of a loan modification

☐    Creditor and Debtor were unable to reach an agreement

---

[1] In joint cases, use of the term "Debtor" shall be read as referring to both Debtors.

(LM:12 Order Terminating & Final Rpt. 03-15-2016)

☐    Debtor surrendered the real property

☐    Creditor agreed to a short sale

☐    Loss Mitigation was terminated due to Debtor's voluntary dismissal of the case

☐    Loss Mitigation was terminated because the case was involuntarily dismissed

✔    Other - Loss Mitigation was terminated for the following

reason(s): Debtors received trial offer but never made payments and offer was canceled.

No agreement could be reached on subsequent reiew.

_____

NOW, based upon the foregoing, it is hereby

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

###

(LM:12 Order Terminating & Final Rpt. 03-15-2016)